1 | JEANE HAMILTON (CA State Bar No. 157834)
   | NATHANAEL M. COUSINS (CA State Bar No. 177944)
2 | DAVID J. WARD (CA State Bar No. 239504)
   | Antitrust Division
3 | U.S. Department of Justice
   | 450 Golden Gate Avenue
4 | Box 36046, Room 10-0101
   | San Francisco, CA 94102
5 | Telephone: (415) 436-6660
6 | Attorneys for the United States

FILED

DEC - 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,         )  CR 07     0765  PJH
                                  )
         Plaintiff,               )  SEALING ORDER
                                  )
         v.                       )
                                  )
MICHAEL BEKER, a.k.a.             )
Mikhail Lvovich, a.k.a. Mendel Beker, )
ARIE PRILIK and                   )
NEWCON INTERNATIONAL LTD.         )
                                  )
         Defendants.              )

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's Motion to Seal, the Indictment, the arrest warrant, and the sealing order shall be sealed until further order of the Court. Disclosure is permitted only to the following: Jeane Hamilton, Nathanael Cousins, and David Ward, government attorneys of record; law enforcement officials assisting in the investigation; and judicial officers, when necessary to perform their official duties.

DATED: Dec 7, 2007

MARIA-ELENA JAMES
United States Magistrate Judge

SEALING ORDER