JEANE HAMILTON (CA State Bar No. 157834)
NATHANAEL M. COUSINS (CA State Bar No. 177944)
DAVID J. WARD (CA State Bar No. 239504)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660
Email: david.ward2@usdoj.gov

Attorneys for the United States

FILED

DEC 11 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MENDEL BEKER, a.k.a.<br>Mikhail Lvovich, a.k.a. Michael Beker,<br>ARIE PRILIK and<br>NEWCON INTERNATIONAL LTD.<br><br>Defendants. | CR No. 07 0765 PJH<br><br>UNITED STATES' WITHDRAWAL OF NOTICE OF RELATED CASES IN A CRIMINAL ACTION, MOTION TO SEAL, AND [PROPOSED] ORDER |

The United States hereby withdraws the following notice, motion and proposed order:

1. Notice of Related Cases in a Criminal Action (regarding <u>United States v. Mendel Beker, et. al.</u>, CR No. 07 0765 PJH and <u>Newcon International Ltd. v. American Technologies Network Corporation and Dmitry Rocklin</u>, C 06-1368 PJH);

2. United States' Motion to Seal the Following: Notice of Related Cases in a Criminal Matter; and

3. The [Proposed] Sealing Order.

WITHDRAWAL: CR 07-0765                    - 1 -

1   All three were filed on December 7, 2007 with Judge Phyllis J. Hamilton.

3   DATED: December 11, 2007                Respectfully submitted,

*[signature]*

DAVID J. WARD
Attorney, Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660
Email: david.ward2@usdoj.gov

WITHDRAWAL: CR 07-0765                    - 2 -