1  JEANE HAMILTON (CA State Bar No. 157834)
   NATHANAEL M. COUSINS (CA State Bar No. 177944)
2  DAVID J. WARD (CA State Bar No. 239504)
   U.S. Department of Justice
3  450 Golden Gate Avenue
   Box 36046, Room 10-0101
4  San Francisco, CA  94102
   Telephone: (415) 436-6660
5  Email: david.ward2@usdoj.gov

6  Attorneys for the United States

```
                          FILED
                       DEC 13 2007
                    RICHARD W. WIEKING
                  CLERK, U.S. DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
```

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11 
   UNITED STATES OF AMERICA,          )   No. CR 07-0765 PJH
12                                    )
              Plaintiff,              )   UNITED STATES' MOTION TO
13                                    )   SEAL THE FOLLOWING:
                                      )   WITHDRAWAL OF NOTICE OF
14                                    )   RELATED CASES IN A CRIMINAL
              v.                      )   MATTER, MOTION TO SEAL AND
15                                    )   [PROPOSED] ORDER
   MENDEL BEKER, a.k.a.               )
16 Mikhail Lvovich, a.k.a. Michael Beker, )
   ARIE PRILIK and                    )   ███████████████████
17 NEWCON INTERNATIONAL LTD.          )
                                      )
18            Defendants.             )
                                      )

20     The government hereby moves the Court for an order sealing this motion, the

21 Withdrawal of Notice of Related Cases in a Criminal Action, and the sealing order, until

22 further order of the Court. The defendants reside in Canada. The government believes

23 that disclosure of the existence of the criminal indictment, which would occur if the

24 Withdrawal of Notice of Related Cases was filed publicly, might jeopardize the progress

25 //

26 //

27 //

28 //

MOTION TO SEAL: CR 07-0765 PJH - PAGE 1

1  of an ongoing criminal investigation, in that disclosure might assist the defendants to
2  avoid arrest.

5  DATED: December 11, 2007            Respectfully submitted,

               /s/ David J. Ward
               DAVID J. WARD
               Attorney, Antitrust Division
               U.S. Department of Justice
               450 Golden Gate Avenue
               Box 36046, Room 10-0101
               San Francisco, CA  94102
               Telephone:  (415) 436-6660
               Email: david.ward2@usdoj.gov

MOTION TO SEAL: CR 07-0765 PJH - PAGE 2