1  JEANE HAMILTON (CA State Bar No. 157834)
   NATHANAEL M. COUSINS (CA State Bar No. 177944)
2  DAVID J. WARD (CA State Bar No. 239504)
   Antitrust Division
3  U.S. Department of Justice
   450 Golden Gate Avenue
4  Box 36046, Room 10-0101
   San Francisco, CA  94102
5  Telephone:  (415) 436-6660

6  Attorneys for the United States

**FILED**

APR 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0765 PJH |
| Plaintiff, | UNITED STATES' MOTION TO UNSEAL INDICTMENT AND ARREST WARRANTS |
| v. | |
| MICHAEL BEKER, a.k.a. Mikhail Lvovich, a.k.a. Mendel Beker, ARIE PRILIK and NEWCON INTERNATIONAL LTD. | |
| Defendants. | |

The United States respectfully requests that the Court unseal the Indictment and Arrest Warrants in this matter.  The undersigned represent that unsealing these documents will compromise no law enforcement interest.  A proposed Order is attached.

Respectfully Submitted,

Dated: 4-14-08

_____
JEANE HAMILTON
Trial Attorney
Antitrust Division
U.S. Department of Justice