**FILED**

APR 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JEANE HAMILTON (CA State Bar No. 157834)
   NATHANAEL M. COUSINS (CA State Bar No. 177944)
2  DAVID J. WARD (CA State Bar No. 239504)
   Antitrust Division
3  U.S. Department of Justice
   450 Golden Gate Avenue
4  Box 36046, Room 10-0101
   San Francisco, CA 94102
5  Telephone: (415) 436-6660

6  Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0765 PJH |
| Plaintiff, | UNSEALING ORDER |
| v. | |
| MICHAEL BEKER, a.k.a.<br>Mikhail Lvovich, a.k.a. Mendel Beker,<br>ARIE PRILIK and<br>NEWCON INTERNATIONAL LTD. | |
| Defendants. | |

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the Indictment and Arrest Warrants in this matter shall be unsealed.

DATED: 4/15/08

Honorable Phyllis J. Hamilton
United States District Court Judge

