```
                                            FILED
                                           MAY 23 2008
                                        RICHARD W. WIEKING
                                       CLERK, U.S. DISTRICT COURT
                                     NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL BEKER, a.k.a.<br>Mikhail Lvovich, a.k.a. Mendel Beker,<br>ARIE PRILIK and<br>NEWCON INTERNATIONAL LTD.<br><br>  Defendants. | No. CR 07-0765 PJH<br><br>[PROPOSED] ORDER TO REDACT PORTIONS OF THE INDICTMENT AND UNSEAL *U.S. v. MENDEL BEKER, et al* |

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED:

1) That all bank account numbers be redacted from the Indictment that is made available to the public in the Court Clerk's Office, as shown in the attached Indictment;

2) That the attached corrected arrest warrant for defendant Arie Prilik be signed; and

3) The criminal case United States of America v. Mendel Beker, a.k.a. Mikhail Lvovich, a.k.a., Michael Beker, Arie Prilik and Newcon International Ltd. (CR 07-0765 PJH) be unsealed.

DATED: _____     _____
                                  Honorable Phyllis J. Hamilton
                                  United States District Court Judge